missed with costs on motion of *Mr. W. L. Hall,* for the plaintiffs in error. *Mr. John F. Dillon, Mr. D. D. Duncan* and *Mr. W. L. Hall* for plaintiffs in error. No appearance for defendant in error.

No. 119. ALBERT H. RUSCH, PLAINTIFF IN ERROR, *v.* THE ESCANABA TIMBER LAND COMPANY. In error to the Supreme Court of the State of Michigan. February 26, 1909. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. E. C. Chapin* and *Mr. O. H. Reed* for plaintiff in error. *Mr. C. C. Lancaster* for defendant in error.

No. 122. THE EDISON ELECTRIC COMPANY, APPELLANT, *v.* THE CITY OF PASADENA ET AL. Appeal from the Circuit Court of the United States for the Southern District of California. March 16, 1909. Dismissed with costs, on authority of counsel for appellant. *Mr. H. H. Trowbridge* for appellant. *Mr. C. J. Willett, Mr. William J. Hunsaker* and *Mr. J. P. Wood* for appellees.

No. 126. W. A. HUFF, INDIVIDUALLY AND AS TRUSTEE, ETC., ET AL., APPELLANTS, *v.* WILLIAM L. BIDWELL ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. March 17, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. Augustus O. Bacon* for appellants. *Mr. Minter Wimberly, Mr. Clifford L. Anderson, Mr. N. E. Harris, Mr. Thomas B. Felder, Jr.,* and *Mr. Olin J. Wimberly* for appellees.

No. 134. SANTA RITA MINING COMPANY, PLAINTIFF IN ERROR, *v.* JAMES N. UPTON. In error to the Supreme Court of the Territory of New Mexico. March 18, 1909. Dismissed